RYAN M. ANDERSON, ESQ.
Nevada Bar No.: 11040
KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
**BIGHORN LAW**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone: (702) 333-1111
Email: Ryan@BighornLaw.com
       Kimball@BighornLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL L. RANDOLPH, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., DOE STORE MANAGER I through X, DOE STORE EMPLOYEE I through X, DOE OWNER I through X, DOE LANDOWNER I through X, DOE PROPERTY MANAGER I through X, DOE MAINTENANCE EMPLOYEE I through X, ROE OWNER XI through XX, ROE LANDOWNER XI through XX, ROE PROPERTY MANAGER XI through XX, ROE MAINTENANCE COMPANY XI through XX, ROE COMPANY XI through XX, DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>               Defendants. | CASE NO:   2:18-cv-01490-APG-PAL |

## **STIPULATION AND ORDER TO REMOVE ATTORNEY**

**IT IS HEREBY STIPULATED AND AGREED** by the parties in the above-referenced matter, by and through their undersigned counsel of record, for NICHOLAS R. ANDERSON, ESQ., to be removed as an attorney representing Plaintiff CRYSTAL L. RANDOLPH in this matter and for NICHOLAS R. ANDERSON, ESQ., to be removed from the service list in this matter, as NICHOLAS R. ANDERSON, ESQ., is no longer employed with the Law Offices of **BIGHORN LAW** and

therefore, no longer represents the interests of Plaintiff CRYSTAL L. RANDOLPH in this matter.

Plaintiff CRYSTAL L. RANDOLPH'S attorneys in this matter remain RYAN M. ANDERSON,

ESQ., and KIMBALL JONES, ESQ., with the Law Offices of **BIGHORN LAW**.

Dated this 26th day of September, 2018.　　　　Dated this 26th day of September, 2018.

**BIGHORN LAW**　　　　　　　　　　　　　　**COOPER LEVENSON, P.A.**

　/s/ Ryan M. Anderson　　　　　　　　　　　　/s/ Jonathan J. Hansen
**RYAN M. ANDERSON, ESQ.**　　　　　　　　**JONATHAN J. HANSEN, ESQ.**
Nevada Bar No.: 11040　　　　　　　　　　　　Nevada Bar No.: 7002
**KIMBALL JONES, ESQ.**　　　　　　　　　　1835 Village Center Circle
Nevada Bar No.: 12982　　　　　　　　　　　　Las Vegas, Nevada 89134
716 S. Jones Blvd.　　　　　　　　　　　　　　*Attorneys for Defendant*
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

**O R D E R**

**IT IS SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: October 4, 2018

Respectfully Submitted By:

**BIGHORN LAW**

　/s/ Ryan M. Anderson
**RYAN M. ANDERSON, ESQ.**
Nevada Bar No.: 11040
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*